**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INSIGHT SECURITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-cv-01282 |
| vs. ) | |
| ) | |
| STATE STREET BANK AND TRUST CO., ) | |
| ) | |
| Defendant. | |

**RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Insight Securities, Inc, a Delaware corporation ("Insight"), by and through its undersigned attorneys, and, for its complaint against State Street Bank and Trust Company ("State Street"), saying as follows:

1. Rule 41 of the Federal Rules of Civil Procedure state that a Plaintiff may dismiss an action without a Court order by filing a notice of dismissal before Defendant serves either an answer or a motion for summary judgment. F.R.C.P. 41(a)(1)(A).

2. Defendant in the present case has not served either an answer or a motion for summary judgment.

3. Accordingly, Plaintiff hereby provides notice of voluntary dismissal of this matter.

                                                                 Respectfully submitted,

                                                                 /s/ Laurence M. Landsman
                                                                 Attorney for Plaintiff

Nicholas P. Iavarone
The Iavarone Firm, P.C.
7531 Marsh Hawk Drive
Loves Park, Illinois, 61111
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com

Laurence M. Landsman
Landsman Saldinger Carroll, PLLC
161 North Clark Street, Suite 1600
Chicago, IL 60601
(312) 291-4651
872-757-1661 (Fax)
landsman@lsclegal.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that I served the foregoing on the following attorney for Defendant via the ECF system and via email on July 13, 2023:

            John T. Ruskusky, Esq.
            Nixon Peabody LLP
            70 West Madison, Suite 5200
            Chicago, IL 60602
            jtruskusky@nixonpeabody.com

                                                                /s/ Laurence M. Landsman
                                                                Attorney for Plaintiff